NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KULTAR S. GORAYA,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D18-1605
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed November 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Margaret O. Steinbeck,
Judge.

Kultar S. Goraya, pro se.


PER CURIAM.


        Affirmed.  See Betancourt v. State, 804 So. 2d 313 (Fla. 2001); Carpenter

v. State, 884 So. 2d 385 (Fla. 2d DCA 2004); Burttram v. State, 846 So. 2d 1201 (Fla.

2d DCA 2003); Williams v. State, 907 So. 2d 1224 (Fla. 5th DCA 2005).


KHOUZAM, MORRIS, and LUCAS, JJ., Concur.